# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

QUALITY DESIGN &
CONSTRUCTION, LLC

VERSUS

STATE OF LOUISIANA-
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT

NO.  2025 CW 0154

**FEBRUARY 12, 2025**

---

In Re:    State of Louisiana-Department of Transportation and
          Development, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          697858.

---

**BEFORE:   LANIER, WOLFE, AND BALFOUR, JJ.**

    **STAY DENIED. WRIT DENIED.**  The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396
So.2d 878 (La. 1981) (per curiam), are not met.

**EW**

**KEB**

    **Lanier, J.,** dissents and would grant the writ and remand to
the trial court to amend the Case Management Scheduling Order to
permit sufficient time for all parties to have a reasonable
opportunity to conduct fact discovery and to prepare and provide
expert reports.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT